Craig A. Miller, (State Bar No. 113060)
cmiller@millercalhoonlaw.com
**MILLER & CALHOON**
470 Nautilus Street, Suite 401
La Jolla, CA 92037
Telephone: 619 231-9449

Attorneys for Plaintiff
**SIJ RESTAURANT GROUP**

SULEMA MEDRANO *(pro hac vice)*
sulema.medrano@dentons.com
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: 1 312 876 8000
Facsimile: 1 312 876 7934

KELLY R. GRAF (State Bar No. 301325)
kelly.graf@dentons.com
**DENTONS US LLP**
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 1 213 623 9300
Facsimile: 1 213 623 9924

Attorneys for Defendant
**AMCO INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIJ RESTAURANT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:23-cv-01118 DOC (JDEx)<br><br>Judge: Hon. David O. Carter<br><br>**JOINT REPORT ON SETTLEMENT PROGRESS**<br><br>Complaint Filed: June 23, 2023 |

The counsel identified below participated in the ADR proceeding Ordered by the Court on October 18, 2023, and prepared the following report.

1. The parties participated in an ADR proceeding on December 14, 2023, in front of ADR mediator, Bruce Friedman.
2. The parties were unable to resolve this matter through mediation efforts.
3. The parties immediately continued conducting written and oral discovery in advance of fact discovery closure on February 23, 2024.

Dated: January 18, 2024    MILLER & CALHOON

By: */s/ Craig A. Miller*
Craig A. Miller

Attorneys for Plaintiff
SIJ RESTAURANT GROUP

Dated: January 18, 2024    DENTONS US LLP

By: */s/ Kelly R. Graf*
Kelly R. Graf

Attorneys for Defendant
AMCO INSURANCE COMPANY

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(ii) of the United States District Court for the Central District of California, attorney Kelly R. Graf, who is the CM/ECF filer of this Stipulation, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: January 18, 2024 | DENTONS US LLP |
| 2 | | |
| 3 | | By: */s/ Kelly R. Graf*<br>Kelly R. Graf |
| 4 | | Attorneys for Defendant<br>AMCO INSURANCE COMPANY |