KELLY R. GRAF (State Bar No. 301325)
kelly.graf@dentons.com
NATALIE M. LIMBER (State Bar No. 304252)
natalie.limber@dentons.com
HARSH Y. RONVELIA (State Bar No. 319667)
harsh.ronvelia@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 1 213 623 9300
Facsimile: 1 213 623 9924

Attorneys for Defendants
**AMCO INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIJ RESTAURANT GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMCO INSURANCE COMPANY and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | No. 8:23-cv-01118 DOC (JDEx)<br><br>**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND REQUEST TO STAY ALL FUTURE DEADLINES**<br><br>**[Proposed Order Filed Concurrently Herewith]**<br><br>Judge: Hon. David O. Carter<br>Complaint Filed: June 23, 2023 |

Case No. 8:23-cv-01118 DOC (JDEx)　　　　- 1 -

NOTICE OF SETTLEMENT-IN PRINCIPLE AND REQUEST TO STAY ALL FUTURE DEADLINES

PLEASE TAKE NOTICE that the parties have reached a settlement-in-principle in the above-captioned case.

Accordingly, in light of the settlement, the parties jointly request the Court stay all deadlines in this action. The purpose of the stay is to allow the parties to finalize the settlement agreement and obtain necessary signatures. The parties anticipate filing a stipulation for dismissal within 14 days of this filing.

Dated: April 5, 2024                           MILLER & CALHOON

                                               By: */s/ Craig Miller*
                                                   Craig Miller

                                               Attorneys for Plaintiff
                                               SIJ RESTAURANT GROUP

Dated: April 5, 2024                           DENTONS US LLP

                                               By: */s/ Natalie M. Limber*
                                                   Kelly R. Graf
                                                   Natalie M. Limber
                                                   Harsh Y. Ronvelia

                                               Attorneys for Defendant
                                               AMCO INSURANCE COMPANY

Case No. 8:23-cv-01118 DOC (JDEx)        - 2 -
NOTICE OF SETTLEMENT-IN PRINCIPLE AND REQUEST TO STAY ALL FUTURE DEADLINES

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

I, Natalie M. Limber, am the ECF User whose identification and password are being used to file this Notice of Settlement-In-Principle and Request to Stay All Future Deadlines. In compliance with Local Rule 5-5.3.4(a)(2), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

Dated: April 5, 2024　　　　　　　　By: */s/ Natalie M. Limber*
　　　　　　　　　　　　　　　　　　　　　NATALIE M. LIMBER

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I caused the following documents:

**NOTICE OF SETTLEMENT-IN PRINCIPLE AND REQUEST TO STAY ALL FUTURE DEADLINES**

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| Craig A. Miller (State Bar No. 113060) | Attorney for Plaintiff |
| Miller & Calhoon | |
| 470 Nautilus Street, Suite 401 | |
| La Jolla, California 92037 | |
| Telephone: (619) 231-9449 | |
| Email: cmiller@MillerCalhoonLaw.com | |

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct.

Executed on April 5, 2024, at San Diego, California.

*Lucy Valdez*

Case No. 8:23-cv-01118 DOC (JDEx)   - 4 -

NOTICE OF SETTLEMENT-IN PRINCIPLE AND REQUEST TO STAY ALL FUTURE DEADLINES