# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIJ RESTAURANT GROUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMCO INSURANCE COMPANY and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-01118 DOC (JDEx)<br><br>**ORDER RE NOTICE OF SETTLEMENT-IN-PRINCIPLE AND REQUEST TO STAY ALL FUTURE DEADLINES** |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  Having considered the parties' Notice of Settlement-in-Principle and
2  Request to Stay All Future Deadlines, and good cause appearing therefor, the
3  Court hereby orders that all deadlines in this action are indefinitely stayed until
4  April 23, 2024.

5  Hearing set for April 8, 2024 is hereby VACATED.

7  **IT IS SO ORDERED.**

8  Dated:   April 8, 2024

_David O. Carter_
Hon. David O Carter