JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIJ RESTAURANT GROUP,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 8:23-cv-01118 DOC (JDEx)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to the joint motion to dismiss filed by the parties, IT IS HEREBY ORDERED that the Court dismisses the above entitled action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: April 24, 2024

_____
Honorable David O. Carter
U.S. District Court Judge

23-CV-01118 DOC JDE